## TRAP FALLS REALTY HOLDING LIMITED PARTNERSHIP ET AL. *v.* BOARD OF TAX REVIEW OF THE CITY OF SHELTON
### (13067)

FOTI, LAVERY and LANDAU, Js.

Argued February 9—decision released April 18, 1995

*Elliott B. Pollack,* with whom were *Lucy M. Ziobro,* and, on the brief, *Gregory F. Servodidio,* for the appellants (plaintiffs).

*Thomas J. Welch,* with whom was *John A. Welch, Jr.,* for the appellee (defendant).

PER CURIAM. This case is controlled by *Andover Ltd. Partnership I* v. *Board of Tax Review,* 232 Conn. 392, 655 A.2d 759 (1995).

The judgment is reversed and the case is remanded for further proceedings consistent with that opinion.